UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA *ex rel.* ARASH MOHAJER and CHRISTOPHER C. PETERSON,

Plaintiffs,

v.

OMNICARE, INC. and CVS HEALTH CORP.,

Defendants.

17 Civ. 4176 (CM)

~~UNDER SEAL~~

## ORDER

WHEREAS, the United States of America (the "Government") has intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4):

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Relators' Complaint and the United States' Notice of Election to Intervene, dated October 11, 2019.

Dated: December __, 2019
New York, New York

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE