**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARASH MOHAJER and CHRISTOPHER C. PETERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNICARE, INC. and CVS HEALTH CORP.,<br><br>Defendants. | Case No. 17-CV-4176 (CM)<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR ERIKA KELTON TO PRACTICE PRO HAC VICE** |

The motion of Erika Kelton for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that she is a member in good standing of the bars of California and the District of Columbia, and that her contact information is as follows:

Erika Kelton
PHILLIPS & COHEN LLP
2000 Massachusetts Ave., NW
Washington, DC 20036
Telephone: (202) 833-4567
ekelton@phillipsandcohen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Relators Arash Mohajer and Christopher Peterson in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/4, 2020

United States District/~~Magistrate Judge~~