

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 27, 2020

By ECF
Hon. Colleen McMahon
Chief Judge, United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States ex rel. Arash Mohajer and Christopher C. Peterson v. Omnicare, Inc. and CVS Health Corp.*, 17 Civ. 4176 (CM)

Dear Chief Judge McMahon:

      This Office represents the United States in the above-referenced action brought under the False Claims Act. We write respectfully on behalf of all of the parties to request a brief adjournment of the status conference currently scheduled to take place on March 6, 2020. Pursuant to this Court's February 12, 2020, Order, the relators' amended complaint will be due on March 12, 2020. *See* Dkt. 54. In light of that deadline, we respectfully request that the status conference be adjourned to the week of March 30, 2020, so that the parties may be able to address the allegations contained in that pleading at the conference.

      We thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

                          By:    /s/ Mónica P. Folch
                                        JEFFREY K. POWELL
                                        MÓNICA P. FOLCH
                                        Assistant United States Attorneys
                                        (212) 637-2706/6559
                                        jeffrey.powell@usdoj.gov
                                        monica.folch@usdoj.gov

cc: All counsel by ECF

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/20

**MEMO ENDORSED**

3/2/2020

I will be on trial next week - will reschedule for April 3, 2020 at 11:15 AM

*Colleen McMahon*