UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES of AMERICA, et al. ex rel.
ARASH MOHAJER; CHRISTOPHER PETERSON,

                Plaintiffs and Relators,

    -against-                                  17 **CIVIL** 4176 (CM)

## **JUDGMENT**

OMNICARE, INC.; CVS HEALTH CORP.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 12, 2021, the amended complaint is dismissed in its entirety. Dismissal of all claims is without prejudice to the interest of the United States in the prosecution of the dismissed federal claim or to the interest of any State or the District of Columbia; accordingly, this case is closed.

**Dated:** New York, New York

       March 12, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                             **BY:**
                                                            **Deputy Clerk**